```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
D.R., *et al.*,                                                   :
:
                      Plaintiffs,                  :    1:23-cv-6037-GHW
:
               -v -                                     :    <u>ORDER</u>
:
NEW YORK CITY DEPARTMENT OF                                       :
EDUCATION,                                                        :
:
                      Defendant.                   :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On July 24, 2023 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than August 7, 2023. Dkt. No. 8. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's July 24, 2023 order forthwith, and in no event later than August 18, 2023.

       SO ORDERED.

Dated: August 8, 2023
New York, New York
                                                      GREGORY H. WOODS
                                                 United States District Judge